UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:06-CR-176 |
| | ) | (VARLAN/SHIRLEY) |
| J. WILL ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the undersigned on the Government's Second Motion To Continue [Doc. 26]. On March 26, 2007, the Court conducted a telephone conference with Assistant United States Attorney Tracee Plowell and Attorney Kim Tollison.

In support of its motion, the Government noted that the pretrial conference and suppression hearing were scheduled for March 30, 2007. The Assistant United States Attorney, Tracee Plowell, has a legitimate scheduling conflict, specifically a trial which is scheduled to commence on March 29, 2007. The Government moved to continue the suppression hearing, so as to ensure the continuity of counsel in both the instant case and the case scheduled for trial on March 29, 2007. Defendant stated no objection to the Government's Motion. For good cause shown, the

Government's Motion [**Doc. 26**] is well-taken and is **GRANTED**. The suppression hearing/pretrial conference in this matter is re-scheduled for **April 5, 2007 at 1:30 p.m.** All other dates shall remain the same.

       **IT IS SO ORDERED.**

                    **ENTER:**

                          s/ C. Clifford Shirley, Jr.
                        United States Magistrate Judge